UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Tysheed Davis_

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

_united states marshals —_
_F.C Ker beck —_
_Sheriff Sales Action —_
_Duane morris —_
_Obermayer Rebmann maxwell &_
_hippel centre square —_
_margolis Edelstein The Curtis_
_Center — Express Franchising_
_Royer cooper cohen Braunfeld —_
_Fox è Fox, Glass & Associate_
_Rolex, Anna M. Durbin — Gucci, Louis Votton, Joyce Ullman,_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            _Tysheed Davis_
            Street Address  _1000 Follies Road Dallas, PA, 18612_
            County, City    _____
            State & Zip Code _____
            Telephone Number _____

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Office of The Attorney General
Street Address: 16th Floor Strawberry Square
County, City: ~~Philadelphia, Pennsylvania~~ Harrisburg, PA
State & Zip Code: 17120

Defendant No. 2
Name: ~~Feldman and Pinto~~ Benesch Friedlander & Coplan & Aronoff
Street Address: One Liberty Place Suite 3628
County, City: Philadelphia, Pennsylvania
State & Zip Code: 19103

Defendant No. 3
Name: Montogomery McCracken
Street Address: 1735 Market Street
County, City: Philadelphia, PA
State & Zip Code: 19103

Defendant No. 4
Name: D-Ann Braverman
Street Address: 1500 Walnut Street 7th Fl
County, City: Philadelphia, PA
State & Zip Code: 19102

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? (check all that apply)
   ☑ Federal Questions    ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? I want to be a Confidential informant for these companys. I want the FBI, DEA, ATF, United States marshals, to hire me as a infortrader for the, FBI, DEA, ATF, united States marshals.

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __SCI Dallas, and In the city of Philadelphia, also the United States of America.__

B. What date and approximate time did the events giving rise to your claim(s) occur? __11/8/22 9:00AM__

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

C. Facts: I want to become a Confidental informat for these company and I want the FBI, DEA, ATF, United States Marshal to have me hired to infortrate and become a Confidental informat. I want to help federal indict the people that's under there investigation. I need these people to help me investigate people that needs to be capture and arrested by the FBI DEA, ATF, united states marshal. I need to be well compensated by the people for helping the FBI DEA, ATF, United States marshals. I would also like for the DEA, ATF, FBI, United States marshals to compensated these company and these people for there help. I need to infortrate so I could help lower in fugitive that on the run, and people that want to break the law. I need cars, house, jewlyer, clothing, and money. I also need drugs, and woman to help me infortrate. I want to sign a contract into the music industry. I was sign to One Source Talan and had over a billion Views world wide and profoamed infront of millions of people and sold close to millions of records. I need to be compensated money, cars, house, ect.

Rev. 10/2009

- 3 -

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I cant Sleep, so I have a hard time Sleeping, and I hurt my back and have alot of headaches

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want the courts to hire me as a confidental informer and a infertrader for the FBI, DEA, ATF, United States marshals. I would like for the Court to while Compensate me with million of dollar, and Clothing jewler, house, Cars, so I could infertrade in the United States of America. I need cellgular phone inside, this insitution cm drugs to help arrest the people the FBI, DEA, ATF, united states marshals need to be Captured, also the Philadelphia Police to if the need my help. I just would like the courts to hire me and while Compensate me with a pay check for my help in the community. I want to also become a rapper. I wrote the united States marshals and I want the Courts to look into that to, because I ask to be a Confidental Informer for them for I wrote them three letters. I also would like for the Courts to look at these defendants and Compensate them for there help to me, so I could infertrate with my Attorneys and apen a business and own houses.

Rev. 10/2009                    - 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of ____11_____, 20 __22__

Signature of Plaintiff ___[signature]___
Mailing Address __1000 Follies Road__
__Dallas, PA, 18612__

Telephone Number __215-934-8182__
Fax Number *(if you have one)* _____
E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this __8__ day of ____11____, 20 __22__, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ___[signature]___
Inmate Number ___QP-2217___

**Note:**

**This Designation Form must be <u>signed</u> before submission to the Clerk's Office *or a case number will not be assigned*.**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 1000 Follies Road Dallas PA, 18612

Address of Defendant: 601 Market Street Philadelphia, PA, 19106

Place of Accident, Incident or Transaction: SCI Dallas

**RELATED CASE, IF ANY:**

Case Number: CP-51-CR-0008148-2016   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [✓] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/8/22   _____   _____
                 Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

**CIVIL:** (Place a √ in one category only)

A. **Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
11. [✓] All other Federal Question Cases
    (Please specify): confidential information infortrader

B. **Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury (Please specify): _____
7. Products Liability
8. Products Liability – Asbestos
9. All other Diversity Cases
   (Please specify): _____

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Tysheed Davis, counsel of record or pro se plaintiff, do hereby certify:

[ ] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[✓] Relief other than monetary damages is sought.

DATE: 11/8/22   _____   _____
                 Sign here if applicable
                 Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)



Smart Communications/PADOC
SCI-Dallas

NAME _Tysheed Perry_

NUMBER _# QP-2212_

SCI-DALLAS
1000 Follies Road
Dallas, PA  18612

INMATE MAIL

US POSTAGE
ZIP 18612
$ 001.68
NOV 09 2022

RECEIVED NOV 15 2022

U.S. District
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 market Street Philadelphia, PA,

